ISIDOR RUBIN, Appellant, *v.* HOUBIGANT, INC., et al., Respondents.

(Submitted May 29, 1935; decided July 11, 1935.)

*David Goldstein* and *Thomas G. Frost* for appellant.
*Archer Scherl* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.